UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DIMAC HOLDINGS, INC | : | |
| | : | Bankruptcy No. 00-1596-MFW |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## ORDER DISMISSING CASES

The United States Trustee's Motion to Compel Debtor to File Disbursement Reports and Remit Payment of Delinquent Quarterly Fees To the United States Trustee, or Alternatively, Convert Case to Chapter 7 Pursuant to 11 U.S.C. §1112(b) came on for hearing on April 2, 2004, upon notice properly given and for cause shown, it is hereby

ORDERED that the following cases be and hereby are dismissed:

Dimac Holdings, Inc. 00-01596; Dimac Corporation, 00-10597 [00-01597]; Dimac Marketing Corporation, 00-01598; Dimac Direct, Inc., 00-01599; Palm Coast Data, Inc., 00-1600; DMW Worldwide, Inc., 00-1601; MBS/Multimode, Inc. 00-1602; Americomm Holdings, Inc., 00-1603; Americomm Direct Marketing, Inc., 00-1604.

_____ 4/15/04
The Honorable Mary F. Walrath
United States Bankruptcy Judge